## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HELLINA JACKSON<br>1926 Valley Terrace SE<br>Washington, DC 20032 | * <br><br> * | |
| *Plaintiff*, | * | Case No.: 1:22-cv-03743<br>Formerly Case No. 2022 CAB 005320 |
| v. | * | Superior Court for the<br>District of Columbia |
| SAFEWAY, INC.,<br>11555 Dublin Canyon Road<br>Pleasonton, CA 94588 | * <br><br> * | |
| *Defendant*. | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF REMOVAL

Defendant Safeway, Inc. ("Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about November 14, 2022, Plaintiff Hellina Jackson ("Plaintiff"), through counsel, filed the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2022 CA 005120 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury after tripping and falling due to an alleged hazardous strip that was taped to the floor of the Safeway store located at 2845 Alabama Avenue SE, Washington, DC 20020 (the "Store").

3. The Complaint asserts one count of Negligence against Defendant.

**Procedural Posture**

4. This action was initiated by Plaintiff on or about November 14, 2022.

5. Defendant was served with a copy of the Summons and Complaint on December 14, 2022.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Defendant, pursuant to 28 U.S.C. § 1446(b)(2)(B), as service of process has not yet been effected on Defendant.

**Parties**

7. Plaintiff alleges in Paragraph 1 of the Complaint that she is an individual residing in the District of Columbia. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the District of Columbia.

8. Defendant Safeway, Inc. is a Delaware corporation with its principal place of business in California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Safeway is a citizen of Delaware and California.

**Jurisdiction and Venue**

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

>  (1) citizens of different States....

11. Plaintiff is a citizen of the District of Columbia and Defendant Safeway, Inc. is a citizen of Delaware and California.

12. Plaintiff's Complaint seeks damages in excess of $75,000, exclusive of interest and costs.

13. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

15. There are no other defendants or third-parties in this action.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

17. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Safeway, Inc. hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 16th day of December, 2022.

Respectfully submitted,

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. (D.C. Bar # 499196)
Carlos A. Uria, Esq. (D.C. Bar #1033890)
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HELLINA JACKSON<br>1926 Valley Terrace SE<br>Washington, DC 20032 | *<br><br>* | |
| *Plaintiff*, | * | Case No.: 1:22-cv-03743<br>Formerly Case No. 2022 CAB 005320 |
| v. | * | Superior Court for the<br>District of Columbia |
| SAFEWAY, INC.,<br>11555 Dublin Canyon Road<br>Pleasonton, CA 94588 | *<br><br>* | |
| *Defendant*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of December, 2022, a copy of the foregoing *Notice of Removal* was electronically filed and served on:

Keith W. Watters, Esq.
Keith Watters & Associates
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net
*Attorney for Plaintiff*

                                    /s/ Justin M. Cuniff
                                    Justin M. Cuniff, Esq. (D.C. Bar # 499196)
                                    Carlos A. Uria, Esq. (D.C. Bar #1033890)
                                    Kiernan Trebach LLP
                                    One Park Place, Suite 425
                                    Annapolis, MD 21401
                                    Telephone: (443) 263-2800
                                    Facsimile:  (443) 263-2935
                                    Email:  jcuniff@kiernantrebach.com
                                    Email: auria@kiernantrebach.com
                                    *Counsel for Defendant Safeway, Inc.*