IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| HELLINA JACKSON<br>1926 Valley Terrace SE<br>Washington, DC 20032 | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 2022-CAB-005320 |
| SAFEWAY INC.<br>11555 Dublin Canyon Road<br>Pleasanton, CA 94588 | * * * * | |
| Serve:<br>CT Corporation System<br>1015 15th Street NW, Suite 1000<br>Washington, DC 20005 | * * * * * | |
| Defendant. | * | |

**COMPLAINT**
(Negligence)

COMES NOW Plaintiff Hellina Jackson ("Plaintiff"), by and through her attorney, Keith W. Watters, and hereby moves for judgment against Defendant Safeway Inc. ("Defendant") on the grounds and in the amount as hereinafter set forth:

1. Plaintiff is an adult resident of the District of Columbia.

2. Defendant is a Delaware corporation with its principal place of business located at 11555 Dublin Canyon Road, Pleasanton, CA 94588. At all times relevant herein, Defendant owned, operated, managed, and/or maintained Safeway located at 2845 Alabama Avenue SE, Washington, DC 20020.

3. This Court has jurisdiction over this action pursuant to D.C. Code § 11-921.

4. This Court has personal jurisdiction over Defendant in this matter pursuant to D.C. Code § 13-423(a).

1

5. Venue is proper in this Court because a significant part of the events giving rise to this action occurred within the District of Columbia.

6. On June 5, 2020, Plaintiff was a patron at Safeway located at 2845 Alabama Avenue SE, Washington, DC 20020.

7. On said date, Plaintiff tripped and fell on a hazardous strip which was taped to the floor in Safeway.

8. Plaintiff sustained immediate and painful injuries as a result of the fall.

9. At said time and place, Defendant had a duty to maintain said premises in a reasonably safe condition for persons lawfully on said premises, including Plaintiff.

10. Defendant, individually or by and through its agents, servants, and/or employees, acted with less than reasonable care and was negligent in one or more of the following ways:

    (a)  Failed to properly maintain said premises in a reasonably safe condition for Plaintiff;

    (b)  Failed to warn Plaintiff of the dangerous condition when Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to Plaintiff; and

    (c)  Failed to make a reasonable inspection of said premises when Defendant knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to Plaintiff.

11. As a direct and proximate result of the negligence of Defendant, Plaintiff has sustained injuries; has been prevented from transacting her business; and has suffered and will continue to suffer pain of body and mind.

12. As a further direct and proximate result of the negligence of Defendant, Plaintiff has been forced to expend large sums of money for x-rays, medical treatment, and medicine for the treatment of her injuries.

WHEREFORE, Plaintiff Hellina Jackson hereby demands judgment against Defendant Safeway Inc. in the amount of one hundred thousand dollars ($100,000.00), plus interest and costs.

Respectfully submitted,

/s/ Keith W. Watters
Keith W. Watters, Esq.
DC Bar No. 319210
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

/s/ Keith W. Watters
Keith W. Watters